**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>        v.<br><br>Gustavo CASTILLO-Panduro,<br><br>                                   Defendant. | Case No.:   25MJ8165-LR<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about March 7, 2025, within the Southern District of California, defendant, Gustavo CASTILLO-Panduro, did knowingly and intentionally import a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

ANDREW T
GONZALES

Digitally signed by ANDREW T
GONZALES
Date: 2025.03.07 06:36:49
-08'00'

_____

Special Agent Andrew Gonzales
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th day of March, 2025.

_____

HON. LUPE RODRIGUEZ, JR.
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
                    v.
Gustavo CASTILLO-Panduro

## STATEMENT OF FACTS

The Complaint and Statement of Facts are based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Andrew Gonzales.

On March 6, 2025, at approximately 12:16 p.m., Gustavo CASTILLO-Panduro (CASTILLO), a citizen of Mexico, applied to enter the United States at the Calexico, California West Port of Entry via the pedestrian primary lanes. Customs and Border Protection Officer (CBPO) K. Pena, assigned to pedestrian lanes, received a negative customs declaration from CASTILLO. CBPO K. Pena inquired of CASTILLO as to his destination in the United States to which CASTILLO responded he was traveling to Calexico. CBPO K. Pena admitted CASTILLO, however, during a visual inspection of CASTILLO's back, CBPO K. Pena noticed a bulge protruding from under CASTILLO's shirt. CBPO K. Pena stopped CASTILLO and conducted a pat down of the area and felt an object. CBPO K. Pena escorted CASTILLO to the pedestrian secondary office for further inspection.

In pedestrian secondary, CBPO R. Aguilar conducted a pat down search of CASTILLO yielding positive results for two clear packages containing a crystal-like substance. One package was located on CASTILLO's back and the other package was on his front torso.

Thereafter, Canine Enforcement Officer (CEO) McGee along with his Narcotic Detection Dog (NDD) conducted a screening of CASTILLO, resulting in a positive alert to trained odors on CASTILLO's person. CBPOs discovered a total of two (2) packages concealed on CASTILLO's person. The packages contained a white crystal-like substance and weighed approximately of 2.32 kilograms (5.11 pounds). A sample of the white crystal-like substance was tested utilizing a GEMINI device and yielded positive results for the characteristics of methamphetamine.

CASTILLO was advised of his rights per Miranda. CASTILLO stated he understood his rights and was willing to answer questions without the presence of an attorney. CASTILLO admitted to having knowledge of the presence of narcotics on his person and stated that he was being paid three hundred dollars to cross the narcotics into the United States.

CASTILLO was placed under arrest and charged with a violation of Title 21, United States Code sections 952 and 960, for Importation of a Controlled Substance, and was booked into the GEO-El Centro detention facility to await initial appearance.