UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 25-cr-01042-DMS |
| --- | --- |
| Plaintiff, | 25MJ8165 |
| v. | **I N F O R M A T I O N** |
| GUSTAVO CASTILLO-PANDURO, | Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine (Felony) |
| Defendant. | |

The Acting United States Attorney charges:

On or about March 6, 2025, within the Southern District of California, defendant, GUSTAVO CASTILLO-PANDURO, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 28, 2025   .

ANDREW R. HADEN
Acting United States Attorney

*Allison Rogge*

ALLISON B. ROGGE
Assistant U.S. Attorney

ABRO:kst:Imperial
3/20/2025