# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MAY 19 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA,

                             Plaintiff,

    vs.

**GUSTAVO CASTILLO-PANDURO**

65174-511

                             Defendant.

Case No.  **3:25CR1042-DMS**

## JUDGMENT OF DISMISSAL

**FILED**

MAY 14 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Methamphetamine (Felony)

_____

_____

_____

Dated:  05/14/2025

_____

**Hon.    Steve B. Chu**

United States Magistrate Judge

I have executed within    DSML
Judgement and Commitment on    3·16·25
United States Marshal

By:_____
USMS Criminal Section